Tariq AHMED, MD, Plaintiff–Appellee,

v.

State of WASHINGTON, Department of Social and Health Services; Leanna Lamb, Superintendent Rainier School; Rogelio Ruvalcaba, Dr.; does 1 through 20, Defendants–Appellants.

No. 00–35660.

United States Court of Appeals, Ninth Circuit.

April 2, 2002.

Before: SCHROEDER, Chief Judge.

## ORDER

Upon the vote of a majority of nonre-cused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

■

UNITED STATES of America, Plaintiff–Appellee,

v.

Mark Steven HITCHCOCK, Defendant–Appellant.

No. 00–10251.

United States Court of Appeals, Ninth Circuit.

Filed April 3, 2002.

Before B. FLETCHER, CANBY, and PAEZ, Circuit Judges.

## ORDER

The mandate in this appeal is stayed until further order of the court. *Harris v. United States, cert. granted* —— U.S. ——, 122 S.Ct. 663, 151 L.Ed.2d 578 (2001), argued March 25, 2002, may affect the opinion in this appeal filed March 21, 2002.